IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA ETTINGER,<br><br>    Plaintiff,<br><br>  v.<br><br>GUIDANT CORPORATION, GUIDANT SALES CORPORATION,<br><br>    Defendants.<br>                                            / | No. C 05-03279 WHA<br><br>**ORDER DENYING REQUEST IN OCTOBER 6, 2005, LETTER** |

    Plaintiff's request in its October 6, 2005, letter is **DENIED** in light of the representations made in the October 13, 2005, letter and the order that already exists in this Court's supplemental order issued upon transfer of the case to the undersigned on September 19, 2005.

**IT IS SO ORDERED.**

Dated: October 14, 2005.

                                                        WILLIAM ALSUP<br>
                                                        UNITED STATES DISTRICT JUDGE

United States District Court

For the Northern District of California