IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHEILA ETTINGER,

    Plaintiff,

  v.

GUIDANT CORPORATION, GUIDANT SALES CORPORATION,

    Defendants.

No. C 05-03279 WHA

**AMENDED ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE PENDING TRANSFER DECISION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

Having considered plaintiff's objections, the October 26 order granting defendant's motion to continue case management deadlines is amended as follows:

(1)    The case management conference scheduled for **NOVEMBER 10, 2005** is **VACATED**. If the Judicial Panel on Multidistrict Litigation denies the pending motions for transfer and consolidation, another case management conference shall be scheduled within sixty days of that ruling. A *joint* case management statement will be due not less than fourteen days before the hearing.

(2)    To prevent any discovery prejudice while awaiting the decision of the JPML, initial disclosures must be made by **DECEMBER 7, 2005**, as previously scheduled. Discovery may begin thereafter.

(3)    If the motions for transfer and consolidation are granted by the JPML, all case management deadlines, including the deadline for Rule 26(a) disclosures referenced

above, shall be set by the transferee court. If those motions are denied by the JPML, the remaining deadlines vacated by the previous order shall be thirty days after such denial.

(4) The parties shall notify the Court of any ruling by the JPML within ten calendar days.

**IT IS SO ORDERED.**

Dated:  October 28, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2